# United States Court of Appeals for the Federal Circuit

## E R R A T A

January 31, 2005

Appeal No. 04-1005  <u>Merck & Co. v. TEVA Pharmaceuticals</u>

Precedential Opinion

Decided:  January 28, 2005

In the dissenting opinion, page8, line 4, the cite should read:  1383, 1391 (2004)